**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **GEORGE DeLODZIA** | : | |
| | : | |
| **v.** | : | **C.A. No. 04-196T** |
| | : | |
| **UNIVERSITY OF RHODE ISLAND, BOARD OF GOVERNORS FOR HIGHER EDUCATION, DEAN MAZZE, ACTING DEAN FRANK BUDNICK, and SANJIV DUGAL** | : | |

RECEIVED
JUN 22 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION OF DISMISSAL**

By agreement of the parties and pursuant to Rule 41(a)(1)(ii) of the Federal Court Rules of Civil Procedure, Plaintiff's Complaint against Defendants is hereby dismissed with prejudice, no interest, no costs, and no party shall recover costs or attorney's fees against another.

PLAINTIFF
By their attorneys,

MICHAEL D. COLEMAN, ##2021
Street, Suite 22
East Greenwich, RI 02818
Tel: 401-885-8887
Fax: 401-885-6082
Dated: 6/21/05

DEFENDANTS
By their attorneys

PATRICIA K. ROCHA (#2793)1050 Main
MICHAEL D. CHITTICK (#5967)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Date: 6/21/05

ENTER:

Ernest C. Torres
6/24/04

PER ORDER: